**SEALED APPELLEE,**
**Movant–Appellee,**

v.

**SEALED APPELLANT, Respondent–**
**Appellant.**

No. 14–10274.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2015.

Charles O. Dobbs, US Attorney's Office Northern District of Texas, Fort Worth, TX, for Movant–Appellee.

Room 9A10, Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Respondent–Appellant.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:

The opinion issued November 17, 2014, 771 F.3d 927, is *sua sponte* WITHDRAWN. The Clerk is directed to assign this matter to a merits panel for submission without oral argument.